476 A.2d 70

Commonwealth v. Garcia, Appellant.

Argued December

7, 1983.   Anthony C. Santore, for appellant; James B. Martin, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, BROSKY and POPOVICH, JJ.

Judgment of sentence affirmed.